IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLADYS COPELAND, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-313-RAH |
| STAR SNACKS, LLC, | ) |
| Defendant. | ) |

## **ORDER**

Upon review of the Plaintiffs' Notice of Voluntary Dismissal (Doc. 8), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is DISMISSED WITHOUT PREJUDICE by operation of Rule 41. Costs are taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

**DONE**, on this the 20th day of June, 2023.

_/s/ R. Austin Huffaker, Jr._
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE